**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 13-7568**

———

RAFAEL ROMERO,

              Petitioner - Appellant,

        v.

WARDEN,

              Respondent - Appellee.

———

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:13-cv-00036-JFM)

———

Submitted:  April 24, 2014          Decided:  April 28, 2014

———

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Rafael Romero, Appellant Pro Se.   Barbara Slaymaker Sale,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rafael Romero, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Romero v. Warden, No. 1:13-cv-00036-JFM (D. Md. Aug. 22, 2013). We deny Romero's motion for this court to order a missing document and his motion to amend. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED